UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>PATRICK HOLDER,<br>    Defendant. | CRIMINAL NO. 5:10-62-KKC<br><br><u>**OPINION AND ORDER**</u> |

*** *** ***

This matter is before the Court on a motion (R. 30) by defendant Patrick Holder requesting that the Court appoint him counsel to request a sentence reduction under Amendment 821 to the Sentencing Guidelines. The Court has reviewed the defendant's record to determine if he is eligible for relief under Amendment 821.

The amendment alters the application of the Guidelines with respect to certain offenders who (a) earned criminal history "status points" based on commission of an offense while serving a criminal justice sentence (Part A of Amendment 821), or (b) presented zero criminal history points at the time of sentencing (Part B, Subpart 1). In addition, the United States Sentencing Commission voted to give retroactive effect to these two changes.

Defendant Holder is not, however, eligible for a reduction under the amendment. The Court did assess "status points" against him during sentencing, but even after Amendment 821, Holder remains a criminal history category VI based on the number of points assessed against him and because he is a career offender. Thus, Holder's guidelines range stays the same. As to Part B, Subpart 1, it is inapplicable to Holder's sentence because he had 16 criminal history points.

1

Because it is clear that Holder is not entitled to a sentence reduction under Amendment 821, the Court hereby ORDERS his request for appointed counsel (R. 30) to pursue such a reduction is DENIED.

This 21st day of November, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY